Received: 6/29/06 10:19AM; 415 882 5400 -> SULLWOLD&HUGHES; Page 2
06/29/2006 10:59 FAX 415 882 5400 NIESAR CURLS BARTLING ☒002

Case 3:06-cv-03891-SC    Document 8    Filed 06/29/2006    Page 1 of 1

ROBERT O. WHYTE, ESQ. (SBN 130021)
CHRISTINA A. DONDERO (SBN 230616)
**NIESAR CURLS BARTLING & WHYTE LLP**
90 New Montgomery Street, 9th Floor
San Francisco, California 94105
Telephone: (415) 882-5300
Facsimile: (415) 882-5400

Attorneys for Defendant
RELATIONSERVE MEDIA, INC. aka
SENDTEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEADCLICK MEDIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RELATIONSERVE MEDIA, INC.;<br>SENDTEC, INC.; and DOES 1 through 10,<br>inclusive,<br><br>Defendants. | CASE NO. C 06 3891 SC<br><br>**JOINT STIPULATION AND**<br>**[PROPOSED] ORDER REGARDING**<br>**DEFENDANT'S TIME TO FILE**<br>**RESPONSIVE PLEADING TO**<br>**VERIFIED COMPLAINT** |

Defendant RelationServe Media, Inc., aka SenTec, Inc. ("Defendant") and Plaintiff LeadClick Media, Inc. ("Plaintiff") by and through their respective undersigned counsel, hereby stipulate to the following: Defendant's time to file a responsive pleading is extended up to, and including, July 10, 2006.

Dated: June 29, 2006                NIESAR CURLS BARTLING & WHYTE LLP

By: _Robert O. Whyte_
Robert O. Whyte, Esq., Attorneys for Defendant
RELATIONSERVE MEDIA, INC. et al.

Dated: June 29, 2006                SULLWOLD & HUGHES

By: _____
Robert T. Sullwold, Esq., Attorneys for Plaintiff
LEADCLICK MEDIA, INC.

*IT IS SO ORDERED*
*Judge Samuel Conti*
*6/29/06*

– 1 –                                C 06 3891 SC
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING TO VERIFIED COMPLAINT