ROBERT O. WHYTE, ESQ. (SBN 130021)
CHRISTINA A. DONDERO (SBN 230616)
**NIESAR CURLS BARTLING & WHYTE LLP**
90 New Montgomery Street, 9th Floor
San Francisco, California 94105
Telephone: (415) 882-5300
Facsimile: (415) 882-5400

Attorneys for Defendant
RELATIONSERVE MEDIA, INC. aka
SENDTEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEADCLICK MEDIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RELATIONSERVE MEDIA, INC.; SENDTEC, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 06 3891 SC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING TO VERIFIED COMPLAINT** |

Defendant RelationServe Media, Inc., aka SenTec, Inc. ("Defendant") and Plaintiff LeadClick Media, Inc. ("Plaintiff") by and through their respective undersigned counsel, hereby stipulate to the following: Defendant's time to file a responsive pleading is extended up to, and including, July 10, 2006.

Dated: June 29, 2006

NIESAR CURLS BARTLING & WHYTE LLP

By: /s/ Robert O. Whyte
Robert O. Whyte, Esq., Attorneys for Defendant
RELATIONSERVE MEDIA, INC. et al.

Dated: June 29, 2006

SULLWOLD & HUGHES

By: _____
Robert T. Sullwold, Esq., Attorneys for Plaintiff
LEADCLICK MEDIA, INC.

*IT IS SO ORDERED*
*Judge Samuel Conti*
*6/29/06*

— 1 —

C 06 3891 SC

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING TO VERIFIED COMPLAINT