1  ROBERT T. SULLWOLD, ESQ. (SBN 88139)
   JAMES A. HUGHES, ESQ. (SBN 88380)
2  SULLWOLD & HUGHES
   235 Montgomery Street, Suite 730
3  San Francisco, California  94104
   Telephone:  (415) 263-1850
4  Facsimile:  (415) 989-9798
5
   Attorneys for Plaintiff
6  LEADCLICK MEDIA, INC.

7  ROBERT O. WHYTE, ESQ. (SBN 130021)
   CHRISTINA A. DONDERO (SBN 230616)
8  **NIESAR CURLS BARTLING & WHYTE LLP**
9  90 New Montgomery Street, 9th Floor
   San Francisco, California 94105
10 Telephone:  (415) 882-5300
   Facsimile:  (415) 882-5400
11
12 Attorneys for Defendant
   RELATIONSERVE MEDIA, INC. aka
13 SENDTEC, INC.

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18 | LEADCLICK MEDIA, INC.,             | CASE NO.  C 06 3891 SC |
19 |              Plaintiff,            | JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING TO VERIFIED COMPLAINT |
20 |     v.                             | |
21 | RELATIONSERVE MEDIA, INC.; SENDTEC, INC.; and DOES 1 through 10, inclusive, | |
22 |              Defendants.           | |

23

24      ///

25      ///

26      ///

27      ///

28                              – 1 –                                C 06 3891 SC

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING TO VERIFIED
COMPLAINT

1  Defendant RelationServe Media, Inc., aka SendTec, Inc. ("Defendant") and Plaintiff
2  LeadClick Media, Inc. ("Plaintiff") by and through their respective undersigned counsel, hereby
3  stipulate to the following:  Defendant's time to file a responsive pleading is extended up to, and
4  including, July 24, 2006.

6  Dated:  July 7, 2006                          NIESAR CURLS BARTLING & WHYTE LLP

8                                                 By: /s/ Robert O. Whyte
                                                   Robert O. Whyte, Esq.
                                                   Attorneys for Defendant
10                                                 RELATIONSERVE MEDIA, INC. aka
                                                   SENDTEC, INC.

13  Dated:  July 7, 2006                         SULLWOLD & HUGHES

15                                                 By:      /s/  Robert T. Sullwold
                                                   Robert T. Sullwold, Esq.
16                                                 Attorneys for Plaintiff
                                                   LEADCLICK MEDIA, INC.

19                                                 **ORDER**
20  IT IS SO ORDERED:
21  Date:  7/25/06
22                                                 The Honorable Samuel Conti
                                                   Judge Samuel Conti

— 1 —                                                                               C 06 3891 SC
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING TO VERIFIED COMPLAINT