ROBERT O. WHYTE, ESQ. (SBN 130021)
CHRISTINA A. DONDERO (SBN 230616)
**NIESAR CURLS BARTLING & WHYTE LLP**
90 New Montgomery Street, 9th Floor
San Francisco, California 94105
Telephone: (415) 882-5300
Facsimile: (415) 882-5400

Attorneys for Defendant and Counterclaimant
RelationServe, Inc. aka
SendTec, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEADCLICK MEDIA, INC., <br><br>             Plaintiff, <br><br> v. <br><br> RELATIONSERVE MEDIA, INC.; SENDTEC, INC.; and DOES 1 through 10, inclusive, <br><br>             Defendants. <br> ─────────────────────── <br> SENDTEC, INC., <br><br>             Counterclaimant, <br><br> v. <br><br> LEADCLICK MEDIA, INC, <br><br>             Counterdefendants. | **CASE NO. C 06 3891 SC** <br><br> **STIPULATION AND ORDER THEREON TO CONTINUE STATUS CONFERENCE AND DATE FOR INITIAL DISCLOSURES** |

Plaintiff LEADCLICK MEDIA, INC. ("Plaintiff") and Defendant/Counterclaimant RELATIONSERVE MEDIA, INC.; aka SENDTEC, INC., ("Defendant") by and through their undersigned counsel, hereby stipulate to the following:

1)    The Status Conference originally set for September 22, 2006, at 10:00 a.m., is hereby continued to November 17, 2006, at 10:00 a.m., before the Honorable Samuel Conti, Judge of the United States District Court for the

Northern District of California, located at 450 Golden Gate Avenue, Courtroom 1, 17th Floor, San Francisco, California; and

2) The date for Plaintiff and Defendant to submit their initial disclosures pursuant to Rule 26(a) (1) of the Federal Rules of Civil Procedure will be adjusted accordingly.

September 12, 2006                                    **NIESAR CURLS BARTLING & WHYTE LLP**

By: /s/ Christina A. Dondero
Christina A. Dondero
**NIESAR CURLS BARTLING & WHYTE LLP**
Attorneys for Defendant/Counterclaimant Sendtec, Inc., erroneously sued herein as RelationServe Media, Inc., Sendtec, Inc.

Dated:  September 12, 2006                            **SULLWOLD & HUGHES**

By: /s/ Robert T. Sullwold
Robert T. Sullwold
**SULLWOLD & HUGHES**
Attorneys for Plaintiff
LEADCLICK MEDIA, INC.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]