# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| LEADCLICK MEDIA, INC., | **CASE NO.** C 06 3891 SC |
| Plaintiff(s), | ~~(Proposed)~~ |
| v. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| RELATIONSERVE MEDIA, INC.; SENDTEC, INC.; and DOES 1 through 10, inclusive, | |
| Defendant(s). | |

Kenneth Rubenstein                                  , an active member in good standing of the bar of

New York                                      whose business address and telephone number

(particular court to which applicant is admitted)

is Haynes and Boone, LLP, 153 East 53rd Street, New York, New York, 10022, (212) 659-4980,

(212) 884-8241 (fax),

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing RelationServe Media, Inc., aka SendTec, Inc.

(erroneously sued herein as Relationserve Media, Inc., Sendtec, Inc.).

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:     12/8/06

United States District Judge

IT IS SO ORDERED

Judge Samuel Conti

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES DISTRICT COURT
For the Northern District of California