1  ROBERT T. SULLWOLD (SBN 88139)
   JAMES A. HUGHES (SBN 88380)
2  SULLWOLD & HUGHES
   235 Montgomery Street, Suite 730
3  San Francisco, CA  94104
   (415) 263-1850
4  (415) 989-9798 FAX

5  Attorneys for
   Plaintiff LeadClick Media, Inc
6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 LEADCLICK MEDIA, INC.                  Case No.: C 06 3891 SC

12            Plaintiff                   **STIPULATION SHORTENING TIME FOR
                                          HEARING DISCOVERY MOTION; ORDER**
13     v.

14 RELATIONSERVE MEDIA, INC., SENDTEC,
   INC., and DOES I through X,
15
              Defendants.
16
   SENDTEC, INC.,
17
              Counterclaimant,
18

19     v.

20 LEADCLICK MEDIA, INC,,

21            Counterdefendant

22                    **STIPULATION**

23        The parties hereto, through their respective counsel of record, stipulate as follows:

24        1.    On or about May 25, 2007, plaintiff LeadClick Media, Inc. ("LeadClick") timely

25 served its Second Set of Interrogatories (the "Interrogatories") on defendant SendTec, Inc., fka

26 RelationServe Media, Inc. ("SendTec").

27        2.    On or about June 20, SendTec timely served its written response to the

28 Interrogatories.

                              1

3.      LeadClick deemed SendTec's response inadequate, and, on June 29, counsel for LeadClick FAXed a letter to counsel for SendTec specifying the inadequacies and requesting a further response. On July 6, counsel for SendTec advised counsel for LeadClick that he has been engaged in a trial in another matter and had not had the opportunity to consult with his client about this issue. He also stated that, due to scheduling conflicts, he would not be able to address this matter until the end of next week.

4.      Pursuant to Local Rule 26-2, the deadline for LeadClick to file a motion to compel further discovery responses is Monday, July 9.

5.      Counsel for LeadClick was advised by the Court's clerk to notice any motion to compel further discovery responses for the Court's August 3 calendar.

6.      The parties desire to have additional time to be able to meet and confer regarding the adequacy of SendTec's responses to the Interrogatories in an effort to resolve this issue without judicial intervention. They also agree that, if their discussions are unsuccessful, the issue should be presented to the Court for hearing and decision on August 3.

7.      To accomplish this objective, the parties agree to shorten time for a motion to compel further discovery responses if one proves necessary. Specifically, the parties agree that the time for LeadClick to file a motion to compel further discovery responses is extended to July 16; if LeadClick

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

1  files such a motion, the hearing shall be noticed for August 3; SendTec shall file its opposition by July

2  23, and LeadClick shall file its reply, if any, by July 30.

3  DATED:  July 6, 2007                                    ROBERT T. SULLWOLD
                                                          JAMES A. HUGHES
4                                                         SULLWOLD & HUGHES

5

6                                                         s/ Robert T. Sullwold
7                                                         Robert T. Sullwold
                                                          Attorneys for
8                                                         Plaintiff LeadClick Media, Inc.

9

10 DATED:  July 6, 2007                                   KENNETH J. RUBINSTEIN
                                                          HAYNES & BOONE, LLP
11

12

13                                                        s/ Kenneth J. Rubinstein
                                                          Kenneth J. Rubinstein
14                                                        Attorneys for
                                                          Defendant SendTec, Inc.
15

16                                    **ORDER**

17         Having considered the foregoing Stipulation, and good cause appearing therefor, IT IS

18 ORDERED:

19         1.    The time for LeadClick to file any motion to compel further discovery responses

20 is extended to July 16.

21         2.    If LeadClick files such a motion, it shall notice it for hearing on the Court's

22 August 3 calendar.  Send Tec shall file its opposition by July 23 and LeadClick shall file its reply, if any,

23 by July 30.

24 DATED:  July 6, 2007

25

26 _____
   United States District Judge
27                                                        Judge Samuel Conti

28

                                         3

STIPULATION SHORTENING TIME FOR HEARING DISCOVERY MOTION; ORDER