Jeffrey W. Shopoff (Bar No. 46278)
Gregory S. Cavallo (Bar No. 173270)
James M. Robinson (Bar No. 238063)
Shopoff & Cavallo LLP
505 Sansome Street, Suite 1505
San Francisco, CA 94111
Telephone: 415-984-1975
Facsimile: 415-984-1978

Kenneth J. Rubinstein (*Appearing Pro Hac Vice*)
Haynes and Boone, LLP
153 East 53rd Street, Suite 4900
New York, New York 10022
Telephone: 212-659-4980
Facsimile: 212-884-8241

Attorneys for Defendant and Counterclaimant
SENDTEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEADCLICK MEDIA, INC.,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>RELATIONSERVE MEDIA, INC.;<br>SENDTEC, INC.; and DOES 1 though 10,<br>inclusive<br><br>　　　　　　　Defendants.<br><br>SENDTEC, INC.,<br><br>　　　　　　　Counterclaimant,<br>v.<br><br>LEADCLICK MEDIA, INC.,<br><br>　　　　　　　Counterdefendant. | CASE NO. C-06-3891 (SC)<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO HEAR DEFENDANT'S MOTION TO CONTINUE THE TRIAL DATE AND ADJOURN ALL OTHER DATES FOR 60 DAYS** |

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties to the above-captioned action, by and through their respective counsel, that defendant's Motion for an Order Continuing Trial and Adjourning All Other Dates for 60 Days may be heard on shortened time on August 3, 2007, at 10:00 a.m. in Courtroom 1, 17th Floor. Plaintiff's counsel's opposition papers should be filed and served by email or fax on defendant's counsel no later than 4:00 p.m. on July 30, 2007. Defendant's counsel's reply papers shall be filed and served by email or fax on plaintiff's counsel no later than 4:00 p.m. on August 1, 2007.

DATED: July 23, 2007                SULLWOLD & HUGHES


By _____/s/_____
Robert T. Sullwold
Attorneys for Plaintiff and Counterdefendant
LEADCLICK MEDIA, INC.

DATED: July 23, 2007                HAYNES AND BOONE, LLP
SHOPOFF & CAVALLO LLP


By _____
James M. Robinson
Attorneys for Defendant and Counterclaimant
SENDTEC, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti]*

DATED: 7/30/07                      _____
UNITED STATES DISTRICT JUDGE

1    WHEREAS, in November 2006, the above-captioned matter was set for trial commencing
2    August 27, 2007;

3    WHEREAS, on July 16, 2007, defendant's counsel, Kenneth Rubinstein, requested from
4    plaintiff's counsel, Robert Sullwold, that all deadlines and scheduled dates, including the August 27,
5    2007 trial date, be extended until a mutually convenient date in October 2007;

6    WHEREAS, on July 19, 2007, Mr. Sullwold stated that he would not agree to continue the
7    currently scheduled trial date, but agreed to shorten time to have defendant's motion for a
8    continuance heard on August 3, 2007, at the same time as LeadClick's currently scheduled motion to
9    compel further discovery responses;

10    WHEREAS, the parities previously agreed to a continuance of the date for the initial status
11    conference; however, this is the first request for a trial continuance and/or adjournment of all other
12    dates;

13    ///
14    ///
15    ///
16    ///
17    ///
18    ///
19    ///
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28    ///