1  ROBERT T. SULLWOLD (SBN 88139)
   JAMES A. HUGHES (SBN 88380)
2  SULLWOLD & HUGHES
   235 Montgomery Street, Suite 730
3  San Francisco, CA  94104
   (415) 263-1850
4  (415) 989-9798 FAX

5  Attorneys for
   Plaintiff LeadClick Media, Inc
6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | LEADCLICK MEDIA, INC.           | Case No.: C 06 3891 SC

12 |         Plaintiff                |
                                       ~~[PROPOSED]~~ **ORDER RE 30(B(6)**
13 |    v.                            | **DEPOSITION OF SENDTEC, INC.**

14 | RELATIONSERVE MEDIA, INC., SENDTEC,
   | INC., and DOES I through X,
15 |
   |         Defendants.
16 | SENDTEC, INC.,
17 |
   |         Counterclaimant,
18 |
19 |    v.
20 | LEADCLICK MEDIA, INC,,
21 |         Counterdefendant

22

23        This Court having read and considered the papers submitted and the arguments made by

24 the parties on the motion filed by defendant SendTec, Inc. for a continuance of the trial date, and good

25 cause appearing therefor,

26        IT IS HEREBY ORDERED that defendant SendTec, Inc. shall produce a witness or

27 witnesses at the offices of counsel for plaintiff LeadClick Media, Inc. in San Francisco, California

28 within two weeks of the date hereof to testify on its behalf on the subjects specified in the Rule 30(b)(6)

1

1  notice of deposition served by plaintiff, a true and correct copy of which is attached hereto.

2  DATED:   __August 6, 2007_____

> IT IS SO ORDERED
> Judge Samuel Conti

_____
United States District Judge

5  APPROVED AS TO FORM:

6  _____/s_____
      Jeffrey W. Shopoff

2

[PROPOSED] ORDER RE 30(B)(6) DEPOSITION OF SENDTEC,. INC.