ROBERT T. SULLWOLD (SBN 88139)
JAMES A. HUGHES (SBN 88380)
SULLWOLD & HUGHES
235 Montgomery Street, Suite 730
San Francisco, CA  94104
(415) 263-1850
(415) 989-9798 FAX

Attorneys for
Plaintiff LeadClick Media, Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEADCLICK MEDIA, INC. | Case No.: C 06 3891 SC |
| Plaintiff | **STIPULATION RE SETTLEMENT; ORDER** |
| v. | |
| RELATIONSERVE MEDIA, INC., SENDTEC, INC., and DOES I through X, | |
| Defendants. | |
| SENDTEC, INC., | |
| Counterclaimant, | |
| v. | |
| LEADCLICK MEDIA, INC,, | |
| Counterdefendant | |

**STIPULATION**

The parties hereto, through their respective counsel of record, stipulate as follows:

1. The above-entitled cause is presently set for trial on September 6, 2007.

2. The parties have agreed to settle the matter on the terms set forth in a written Settlement Agreement and Release (the "Settlement Agreement"), which provides for defendant SendTec, Inc. to make three payments to plaintiff LeadClick Media, Inc., the last of which is due on January 15, 2008.  The Settlement Agreement further provides that, upon receipt of the final payment,

1

LeadClick will file a request for dismissal with prejudice of the action.

      3,      The parties desire that the Court retain jurisdiction until the actions required by Settlement Agreement have been completed.

DATED: August 20, 2007      ROBERT T. SULLWOLD
      JAMES A. HUGHES
      SULLWOLD & HUGHES

      s/ Robert T. Sullwold
      Robert T. Sullwold
      Attorneys for
      Plaintiff LeadClick Media, Inc.

DATED: August 20, 2007      KENNETH J. RUBINSTEIN
      HAYNES & BOONE, LLP

      s/ Kenneth J, Rubinstein
      Kenneth J. Rubinstein
      Attorneys for
      Defendant SendTec, Inc.

## **ORDER**

Having considered the foregoing Stipulation, and good cause appearing therefor, IT IS ORDERED:

    1.    The trial date of September 6, 2007 is VACATED.

    2.    The parties are ordered to APPEAR at 10 a.m. on January 25, 2008 in Courtroom One to advise the Court whether the actions required by the Settlement Agreement have been completed.

DATED: August 20, 2007

*IT IS SO ORDERED*
*Judge Samuel Conti*
United States District Judge

2

STIPULATION RE SETTLEMENT