1  ROBERT T. SULLWOLD (SBN 88139)
   JAMES A. HUGHES (SBN 88380)
2  SULLWOLD & HUGHES
   235 Montgomery Street, Suite 730
3  San Francisco, CA  94104
   (415) 263-1850
4  (415) 989-9798 FAX

5  Attorneys for
   Plaintiff LeadClick Media, Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEADCLICK MEDIA, INC. | Case No.: C 06 3891 SC |
| Plaintiff | |
| v. | **REQUEST FOR DISMISSAL; ORDER** |
| RELATIONSERVE MEDIA, INC., SENDTEC, INC., and DOES I through X, | |
| Defendants. | |
| SENDTEC, INC., | |
| Counterclaimant, | |
| v. | |
| LEADCLICK MEDIA, INC,, | |
| Counterdefendant | |

Defendant and counterclaimant SendTec, Inc. having made all of the payments required by the Settlement Agreement and Release executed by the parties, plaintiff LeadClick Media, Inc. hereby requests, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that this

action be dismissed with prejudice.

DATED: January 24, 2008

ROBERT T. SULLWOLD
JAMES A. HUGHES
SULLWOLD & HUGHES

s/ Robert T, Sullwold
Robert T. Sullwold
Attorneys for
Plaintiff LeadClick Media, Inc.

## ORDER

Good cause appearing therefor, IT IS SO ORDERED.

Dated: 1/24/08

IT IS SO ORDERED
Judge Samuel Conti
United States District Court
Northern District of California

REQUEST FOR DISMISSAL; ORDER.